**Bankruptcy Clerk's Office**

824 Market Street, 3rd Floor

Wilmington, DE 19801

FILED

2019 OCT 22   AM 8: 47

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

October 8, 2019

To Whom This May Concern:

I, Samantha Johnson, wanted to inform you of a change of address regarding the Case NO: 18-11533. My old address was 4324 Desert Dancer Way, Las Vegas, NV 89147, now it is 617 Marcella Ave., North Las Vegas, NV 89030.

Thank you for cooperation and time.

Kind regards,

*Samantha Johnson*

Samantha Johnson